IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

OWEN F. SILVIOUS,

           Plaintiff,

v.                              Civil Action No. 10-CV-0969-JDB

AKZO NOBLE INC., et el.,

           Defendants.

**RECEIVED**

**JUN 2 4 2010**

Clerk, U.S. District and Bankruptcy Courts

NOTICE OF VOLUNTARY DISMISSAL

    Now comes Plaintiff Owen F Silvious, pursuant to Rule 41(a)(1)(i) of the Federal Rule of Civil Procedures and files this Notice of Voluntary Dismissal of the above civil action in it's entirety. In SWIFT v. US, 318 F 3d 250, 252-53(DC Cir 2002), the United States Court of Appeals for the District of Columbia stated very clearly, "A dismissal pursuant to Rule 41(a)(1)(i) is not subject to judicial review.

    The Clerk is requested to close this civil action andremove it from the active docket of this court.

                                                    Respectfully submitted,

Owen F Silvious
16497077 FCI-2 Butner
PO Box 1500                        Owen F Silvious, Plaintiff
Butner, NC 27509

CERTIFICATE OF SERVICE

I certify that a copy of the Notice of Voluntary Dismissal was served upon the following persons by first class mail, postage prepaid on June 22, 2010.

Michael E. Antalics, Esq.
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
Counsel for Defendant Evonik Degussa Corp.

Katherine A. Allen, Esq.
BUCHANAN INGERSOLL & ROONEY PC
1700 K Street, NW
Washington, DC 20006
Counsel for Defendant Arkema Inc.

Paul H. Friedman, Esq.
DECHERTLLP
1775 Eye Street, NW
Washington, DC 20006
Counsel for Defendant FMC Corporation

D. Jarrett Arp, Esq.
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Ave, NW
Washington, DC 20036
Counsel for Defendants EKA Chemicals, Inc.
and Akzo Noble Inc.

Bradley P. Smith, Esq.
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004-2498
Counsel for Defendants Solvay America Inc
and Solvay Chemicals Inc.

Owen F Silvious

NOTE: Plaintiff plans to re-file the action in the Superior Court of the District of Columbia.